# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **ARTHUR LEE COLLINS, SR.,**<br>*Plaintiff*, | §<br>§<br>§ |
| v. | §     MO:21-CV-00084-DC |
| **C R BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,**<br>*Defendants*. | §<br>§<br>§<br>§<br>§ |

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties notified the Court that they settled this case pursuant to a Notice of Settlement filed on May 19, 2021. (Doc. 9). Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to it being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before **NINETY (90) DAYS** from the date of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 20th day of May, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE