IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ARTHUR LEE COLLINS, SR., <br> *Plaintiff,* <br><br> v. <br><br> C.R. BARD, INC., and <br> BARD PERIPHERAL VASCULAR, INC., <br> *Defendants.* | §§§§§§§§§§ | NO.   MO:21-CV-00084 |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1) and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 11) filed June 17, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 23rd day of June, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE